**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Miguel ORTIZ–FRANCO, Defendant—
Appellant.**

No. 03–10611.

United States Court of Appeals,
Ninth Circuit.

Submitted July 12, 2004.*

Decided July 20, 2004.

Christina M. Cabanillas, Maria Davila, Nathan D. Leonardo, Esq., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Andrea Matheson, Esq., Tucson, AZ, for Defendant–Appellant.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: HAWKINS, THOMAS and BYBEE, Circuit Judges.

MEMORANDUM **

Miguel Ortiz–Franco appeals his guilty-plea conviction and 57–month sentence imposed for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Ortiz–Franco has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Ortiz–Franco has filed a pro se supplemental opening brief and the government has filed a supplemental answering brief.

Our review of the briefs and our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Accordingly, we **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

